UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| MARK WEINBERG,<br>    Plaintiff,<br><br>    vs.<br><br>TRANS UNION LLC;<br>EQUIFAX INFORMATION SERVICES LLC; and<br>MARSHALL BANKFIRST MORTGAGE GROUP,<br>d/b/a BANKFIRST;<br>    Defendants. | CASE NO. 2:05-cv-74565-RHC-SDP<br><br>**JURY TRIAL DEMANDED**<br><br>Judge Robert H. Cleland<br>Magistrate Judge Steven D. Pepe |

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Plaintiff Mark Weinberg, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice, which Stipulation is in the following words and figures, to-wit:

(H.I.)

AND THE COURT, having been duly advised in the premises and having examined said Stipulation, now finds that the same should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by this Court that any and all claims of Plaintiff Mark Weinberg against Defendant Trans Union, LLC be, and the same hereby are dismissed in their entirety, with prejudice.  Plaintiff and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED by the Court this 31st day of May, 2006.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 31, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 31, 2006, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

DISTRIBUTION TO:

| | |
|---|---|
| Brian P. Parker, Esq. lemonlaw@ameritech.net | Kevin H. Breck, Esq. kbreck@clarkhill.com |
| Nathaniel H. Simpson, Esq. nhs@maddinhauser.com | Christopher T. Lane, Esq. clane@schuckitlaw.com |